**IT IS ORDERED as set forth below:**

Date: February 05, 2010

_____
**W. H. Drake**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TRIAD AT LAGRANGE I, LLC, | : | CASE NO. 09-13383 |
| | : | |
| Debtor. | : | JUDGE DRAKE |

---

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13384 |
| TRIAD AT JEFFERSONVILLE I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |

---

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13385 |
| TRIAD AT LUMBER CITY I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |

---

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13386 |
| TRIAD AT POWDER SPRINGS I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |

---

308819.doc

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13387 |
| TRIAD AT THOMASVILLE I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |

**ORDER AND NOTICE ESTABLISHING BAR DATE FOR
FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIMS PURSUANT TO 11 U.S.C. §503(b)(9)**

**THIS IS A BAR ORDER**

**TO:** All Potential Holders of Administrative Expense Claims Against the Debtors Under Bankruptcy Code Section 503(b)(9)

This matter is before the Court on Debtors' Motion for Entry of an Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(9) (the "Motion"). The Court having considered the Motion, and the Court having determined that such a bar date would be beneficial to the administration of these estates, and that the relief sought by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**ORDERED and NOTICE IS HEREBY GIVEN** that any application for allowance of an administrative expense pursuant to 11 U.S.C. § 503(b)(9) must be filed on or before __April 15, 2010__; and it is

**ORDERED and NOTICE IS HEREBY GIVEN** that any application not filed within said time period may be barred; and it is

**ORDERED** that the Request for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9) form attached hereto as Exhibit "A" is hereby approved; and it is

**ORDERED** that Debtors' counsel shall, within five (5) business days of the date hereof, serve a copy of this Order and Notice on the Debtors' vendors and suppliers of goods and on all creditors and parties in interest identified on the Debtors' matrices and shall file a certificate of service with the Court evidencing such service; and it is

**ORDERED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**END OF DOCUMENT**

308819.doc

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Debtors

By: /s/ Gregory D. Ellis
     Gregory D. Ellis
     Georgia Bar No. 245310
3343 Peachtree Road NE
East Tower – Suite 550
Atlanta, Georgia 30326-1022
(404)-262-7373 (Telephone)
(404)-262-9911 (Facsimile)


**Identification of parties to be served pursuant to BLR 9013-2(b) N.D.Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022

R. Jeneane Treace, Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street SW, Atlanta, Georgia 30303

J. Hayden Kepner, Jr., Scroggins & Williamson, 1500 Candler Building, 127 Peachtree Street NE, Atlanta, Georgia 30303

Adrienne Ashby, Ashby & Polk, 191 Peachtree Street, Atlanta, GA  30303

308819.doc

**EXHIBIT "A"**

**REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9) FORM FOLLOWS**

308819.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TRIAD AT LAGRANGE I, LLC, | : | CASE NO. 09-13383 |
| | : | |
| Debtor. | : | JUDGE DRAKE |
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13384 |
| TRIAD AT JEFFERSONVILLE I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13385 |
| TRIAD AT LUMBER CITY I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13386 |
| TRIAD AT POWDER SPRINGS I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |
| IN RE: | : | CHAPTER 11 |
| | : | CASE NO. 09-13387 |
| TRIAD AT THOMASVILLE I, LLC, | : | JUDGE DRAKE |
| | : | (Jointly administered under |
| Debtor. | : | Case No. 09-13383) |

**REQUEST FOR ALLOWANCE AND PAYMENT OF**
**<u>ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(9)</u>**

COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503(b)(9) of the Bankruptcy Code, showing the following:

**CLAIMANT'S NAME AND ADDRESS:** _____

_____

_____

_____

308819.doc

**DEBTOR OR DEBTORS AGAINST WHOM 11 U.S.C. § 503(b)(9) ADMINISTRATIVE EXPENSE CLAIM IS ASSERTED AND AMOUNT ASSERTED (Check each debtor you claim is liable for payment of such an administrative expense and enter the amount of the administrative expense claim asserted against each Debtor):**

| Debtor | Case Number | Amount of 11 U.S.C.§ 503(b)(9) Administrative Expense |
|---|---|---|
| ___ Triad at LaGrange I, LLC | 09-13383 | $_____ |
| ___ Triad at Jeffersonville I, LLC | 09-13384 | $_____ |
| ___ Triad at Lumber City I, LLC | 09-13385 | $_____ |
| ___ Triad at Powder Springs I, LLC | 09-13386 | $_____ |
| ___ Triad at Thomasville I, LLC | 09-13387 | $_____ |

___ Check here if you claim that all Debtors in this Bankruptcy Case are jointly and severally liable for payment of this 11 U.S.C. § 503(b)(9) administrative expense, and attach hereto documentation supporting that claim.

    1. The undersigned holds an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount identified above against the Debtor or Debtors identified above in these bankruptcy cases.

    2. The consideration for this debt (or ground for this liability) owed by the Debtor is as follows:
_____
_____
_____

    3. The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because:
_____
_____
_____
_____

    4. A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

    5. The amount of all payments on the administrative expense have been credited and deducted for the purpose of making this request.

    6. The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

308819.doc

**WHEREFORE,** the undersigned requests that the Court allow the administrative expense or expenses requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

Dated:_____, 2010.

       Name of Claimant:_____

        Signed:_____

       By (if appropriate):_____

       As Its (if appropriate) _____

**INSTRUCTIONS:**

Mail the completed form to the Clerk of the United States Bankruptcy Court, 18 Greenville Street, Second Floor, Newnan, Georgia 30263, with a copy served on Gregory D. Ellis, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326.