**IT IS ORDERED as set forth below:**

**Date: September 28, 2010**

_____
**W. H. Drake**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| | : | JUDGE DRAKE |
| TRIAD AT LAGRANGE I, LLC, *et al.* | : | |
| | : | CASE NOS. 09-13383 – 09-13387 |
| Debtor. | : | (Substantively Consolidated under |
| | : | Case No. 09-13383) |

**ORDER AND NOTICE ESTABLISHING BAR DATE FOR
FILING REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE
CLAIMS PURSUANT TO 11 U.S.C. § 503**

**THIS IS A BAR ORDER**

**TO:** **All Potential Holders of Administrative Expense Claims Against the Debtors Under Bankruptcy Code**

This matter is before the Court on Debtors' Motion for Entry of an Order Fixing Date for Filing Requests for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503 (the "Motion").

"Administrative Expense Claim" means a claim for payment of an administrative expense of a kind specified in Section 503(b) of the Bankruptcy Code (with the exception of 503(b)(9) claims) and referred to in Section 507(a)(1) of the Bankruptcy Code, including,

327845.doc

without limitation (i) the actual, necessary costs and expenses of preserving the estate and administering the cases that arose in the ordinary course of business during the period between on September 22, 2009 and July 31; 2010 For the purposes herein, Administrative Expense Claims do not include claims that (x) are for any fee or charge assessed against the Debtor under 28 U.S.C. § 1930 (y) claims for compensation earned and reimbursement of expenses incurred of attorneys, accountants, or other professionals employed by the Debtors or the Official Committee of Unsecured Creditors (the "Committee"); or (z) claims under Section 503(b)(9) of the Bankruptcy Code that were required to be filed pursuant to the Court's "Order and Notice Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(9)" entered February 5, 2010 (Docket No. 169).  Also excluded are any administrative claims previously allowed by an order of the Bankruptcy Court.

The Court having considered the Motion, and the Court having determined that such a bar date would be beneficial to the administration of these estates, and that the relief sought by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**ORDERED and NOTICE IS HEREBY GIVEN** that any application for allowance of an administrative expense pursuant to 11 U.S.C. § 503 arising between must be filed on or before November 15, 2010; and it is

**ORDERED and NOTICE IS HEREBY GIVEN** that any application not filed within said time period may be barred; and it is

**ORDERED** that the Request for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 form attached hereto as Exhibit "A" is hereby approved; and it is

**ORDERED** that Debtors' counsel shall, within five (5) business days of the date hereof, serve a copy of this Order and Notice on the Debtors' vendors and suppliers of goods and on all creditors and parties in interest identified on the Debtors' matrices and shall file a certificate of service with the Court evidencing such service; and it is

327845.doc

**ORDERED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**END OF DOCUMENT**

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Debtors

By: /s/ Gregory D. Ellis
    Gregory D. Ellis
    Georgia Bar No. 245310
3343 Peachtree Road NE
East Tower – Suite 550
Atlanta, Georgia 30326-1022
(404)-262-7373 (Telephone)
(404)-262-9911 (Facsimile)

**Identification of parties to be served pursuant to BLR 9013-2(b) N.D.Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022

R. Jeneane Treace, Office of the United States Trustee, 362 Richard B. Russell Building, 75 Spring Street SW, Atlanta, Georgia 30303

J. Hayden Kepner, Jr., Scroggins & Williamson, 1500 Candler Building, 127 Peachtree Street NE, Atlanta, Georgia 30303

327845.doc

# EXHIBIT "A"

## REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FORM FOLLOWS

327845.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

Ad

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| | : | JUDGE DRAKE |
| TRIAD AT LAGRANGE I, LLC, *et al.* | : | |
| | : | CASE NOS. 09-13383 – 09-13387 |
| Debtor. | : | (Substantively Consolidated under |
| | : | Case No. 09-13383) |

**REQUEST FOR ALLOWANCE AND PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503**

COMES NOW the claimant identified below and hereby requests the allowance of an administrative expense claim pursuant to Section 503 of the Bankruptcy Code, showing the following:

**CLAIMANT'S NAME AND ADDRESS:**  _____

_____

_____

_____

**DEBTOR OR DEBTORS AGAINST WHOM 11 U.S.C. § 503 ADMINISTRATIVE EXPENSE CLAIM IS ASSERTED AND AMOUNT ASSERTED (Check each debtor you claim is liable for payment of such an administrative expense and enter the amount of the administrative expense claim asserted against each Debtor):**

| **Debtor** | **Case Number** | **Amount of 11 U.S.C.§ 503(b)(9) Administrative Expense** |
|---|---|---|
| ___ Triad at LaGrange I, LLC | 09-13383 | $_____ |
| ___ Triad at Jeffersonville I, LLC | 09-13384 | $_____ |
| ___ Triad at Lumber City I, LLC | 09-13385 | $_____ |
| ___ Triad at Powder Springs I, LLC | 09-13386 | $_____ |
| ___ Triad at Thomasville I, LLC | 09-13387 | $_____ |

1. The undersigned holds an administrative expense claim pursuant to 11 U.S.C. § 503 in the amount identified above against the Debtor or Debtors identified above in these bankruptcy cases.

327845.doc

      2. The consideration for this debt (or ground for this liability) owed by the Debtor is as follows:

_____
_____
_____

      3. The administrative expense is entitled to administrative priority under 11 U.S.C. § 503(b) and 11 U.S.C. § 507(a)(2) because:

_____
_____
_____
_____

      4. A copy of the writing (invoice, purchase order, lease agreement, etc.) on which the administrative expense is founded, if any, is attached hereto or cannot be attached for the reason set forth in the statement attached hereto.

      5. The amount of all payments on the administrative expense have been credited and deducted for the purpose of making this request.

      6. The undersigned is aware that under 18 U.S.C. §§ 152 and 3571, the penalty for presenting a fraudulent claim in a bankruptcy case includes a fine of up to $500,000 or imprisonment for up to five years, or both.

      **WHEREFORE,** the undersigned requests that the Court allow the administrative expense or expenses requested herein, to be paid in accordance with the priorities set forth in the Bankruptcy Code and based upon availability of funds.

Dated:_____, 2010.

                              Name of Claimant:_____

                              Signed:_____

                              By (if appropriate):_____

                              As Its (if appropriate) _____

**INSTRUCTIONS:**

Mail the completed form to the Clerk of the United States Bankruptcy Court, 18 Greenville Street, Second Floor, Newnan, Georgia 30263, with a copy served on Gregory D. Ellis, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326.

327845.doc